896 F.2d 1457
 Paul KORDENBROCK, Petitioner-Appellant,
v.
Gene SCROGGY, Warden, Kentucky State Prison, Respondent-Appellee.
 Nos. 88-5467, 89-5107.
 United States Court of Appeals,
Sixth Circuit.
 Feb. 20, 1990.
 
 Prior report: 889 F.2d 69.
 Before MERRITT, Chief Judge, and KEITH, KENNEDY, MARTIN, JONES, KRUPANSKY, WELLFORD, MILBURN, GUY, NELSON, RYAN, BOGGS and NORRIS, Circuit Judges.
 
 ORDER
 
 1
 A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 14 provides as follows:
 
 
 2
 The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this Court, to stay the mandate and to restore the case on the docket as a pending appeal.
 
 
 3
 Accordingly, it is ORDERED that the previous decision and judgment of this Court is vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.
 
 
 4
 The Clerk will direct the parties to file supplemental briefs and will schedule this case for oral argument as soon as practicable.